Jules D. Zalon
20 Curtis Avenue
West Orange, New Jersey 07052
(Pro Hac Vice Application Pending)
Tel:    973-324-2444
Fax:    973-324-2180
email:  jzalon@zalonoffice.com

Attorney for plaintiff.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| NOLO, | Civil Action No. |
| | CV 09 _____ ( ) |
| Plaintiff, | CV09-1220-PHX-ROS |
| v. | |
| WEBTRADING CO.; DAVE GREEN; JOHN DOES 1-5, | Pro Hac Vice Application |
| Defendants. | |

STATE OF NEW JERSEY
COUNTY OF ESSEX

JULES D. ZALON hereby affirms the following under penalty of perjury under the laws of the United States of America:

In accordance with Local Rule 83(b)(3), I hereby apply for leave to appear and participate in this action. This application is made on the grounds set forth below:

1.  I am a member in good standing of the Bar of New York and the Bar of New Jersey, as well as the Bar of the United States District Court for the Southern and Eastern Districts of New York and the District of New Jersey. I have also been admitted to practice before the following state and federal courts, in all of which I am in good standing:

1

| Court: | Admission Date: |
|---|---|
| New York | December, 1963 |
| New Jersey | May, 1972 |
| First Circuit | 1984 (I believe) |
| Second Circuit | November, 1975 |
| Third Circuit | November, 1996 |
| Fifth Circuit | March, 1989 |
| Ninth Circuit | December, 1983 |
| District of New Jersey | May, 1972 |
| Southern District of New York | December, 1975 |
| Eastern District of New York | March, 1983 |
| Northern District of New York | January, 1997 |
| Eastern District of Wisconsin | July, 1986 |
| Northern District of Texas | July, 2001 |
| Eastern District of Michigan | January, 1991 |
| Central District of Illinois | May, 1994 |

I have been retained by plaintiff to appear in this Court in this action. I am not a resident of Arizona, nor do I maintain an office or regularly engage in the practice of law in Arizona.

2. The particular need for my participation in this case is my specialized knowledge of the facts and law pertaining to this proceeding. I specialize in IP litigation, having litigated more than 200 such cases in the past 25 years, including once before this very Court [Brockum v. Various John Does, Civ 86-1292 (Judge Strand)]. Moreover, the facts of this case are familiar to me due to my ongoing representation of the plaintiff.

3. I have not appeared in this Court during the year preceding this application.

4. I understand that I am charged with knowing and complying with all applicable local rules, and I represent that I have familiarized myself with the local rules of this Court. I am also subject to the jurisdiction of the courts and of the disciplinary boards

of this state governing attorneys to the same extent as members of the bar of this state. I understand and shall comply with the standards of professional conduct of the state of Arizona and all other standards of professional conduct required of members of the bar of this Court.

5. I have never been disbarred, suspended from the practice of law, or been subject to disciplinary proceedings; and there are no disciplinary proceedings pending against me.

6. My residence address and my principal office address are both 20 Curtis Avenue, West Orange, New Jersey 07052. My current office telephone number is 972-324-2444; my facsimile number is 973-324-2180; and my electronic mailing address is jzalon@zalonoffice.com.

7. A certificate of good standing from the Clerk of the United States District Court for the District of New Jersey, along with an application fee of $50.00, are being submitted with this application.

Dated:   West Orange, New Jersey
         June 3, 2009

phv0085055

_____
Jules D. Zalon

3

Pro Hac Vice Application

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, **WILLIAM T. WALSH**, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Jules D. Zalon

was duly admitted to practice in said Court as of May 17, 1972, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: April 24, 2009

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.