UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| NOLO, | ) |
| | ) CV-09-1220 PHX ROS |
| Plaintiff, | ) |
| v. | ) |
| | ) Final Judgment and |
| WEBTRADING CO.; DAVE GREEN; | ) Permanent Injunction |
| JOHN DOES 1-5, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff having filed this action on June 5th, 2009, and Dave Green having appeared and consented to the entry of a final judgment and permanent injunction in favor of the plaintiff and against the said defendants, the Court enters the following order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment is hereby granted and ordered entered as the judgment in this action as follows:

1. This Court has jurisdiction over the subject matter herein and the parties hereto;

2. Plaintiff is entitled to, the parties propose and the Court approves, a permanent injunction in the form contained herein;

3. This Court retains jurisdiction of the parties hereto for the purpose of any proceedings to enforce this judgment and the said injunction;

4. The parties hereto have waived appeal from this judgment or the right to challenge it in any way;

5. The parties have waived costs;

6. This Final Judgment shall be binding upon and shall inure to the benefit of the parties hereto, and their respective successors and assigns.

IT IS FURTHER ORDERED that defendants Webtrading Co. and Dave Green, their heirs, executors, successors, assigns, agents, servants, employees, attorneys, and all other persons in active concert or participation with such defendants or any of them and those who receive actual notice or knowledge of this Injunction by personal service or otherwise, are perpetually restrained and enjoined from:

    a) registering or maintaining any registration of <nolo.org> or any other name, word, designation or symbol consisting of, incorporating in whole or part, or that is otherwise confusingly similar to the NOLO trademark;

    b) using the infringing domain name, or any other name, word, designation or symbol consisting of, incorporating in whole or part, or that is otherwise confusingly similar to the NOLO trademark;

    c) using any name, word, designation or symbol consisting of, incorporating in whole or part, or that is otherwise similar to the NOLO trademark anywhere on any web site or the web sites of defendants;

    d) using any name, word, designation or symbol consisting of, incorporating in whole or part, or that is otherwise similar to the NOLO trademark in any buried code, metatags, search terms, keywords, key terms, hits generating pages, or any other devices used, intended, or likely to cause any web site or web sites of defendants to be listed by any Internet search engines in response to any searches that include any terms identical with or confusingly similar to the NOLO trademark;

    e) using any name, word, designation or symbol consisting of, incorporating in whole or part, or that is otherwise similar to the NOLO trademark in any e-mail or other marketing solicitations sent to consumers;

f) otherwise infringing plaintiff's trademark;

g) making any description or representation stating or implying that defendants' goods or services, domain names or web sites are in any way affiliated, associated, authorized, sponsored, endorsed or otherwise connected with plaintiff; and

h) effecting assignments, issuing licenses, forming new entities or associations or utilizing any other devices for the purpose of circumventing or otherwise avoiding the prohibitions set forth in this order;

i) aiding, abetting, encouraging or inducing any other parties, including customers of the defendants, to do any of the aforementioned acts;

j) any other conduct that is likely to cause confusion or to cause mistake or to deceive as to the source, affiliation, connection or association of defendants' domain names, web sites, products or services with plaintiff.

The defendants are further ordered to immediately transfer the domain name <nolo.org> to the plaintiff.

IT IS FURTHER ORDERED the Clerk's Office shall close this case.

Dated this 19th day of November, 2009.

Roslyn O. Silver
United States District Judge